JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/26/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

COUTURE TEXTILE, INC., a
California corporation,

Plaintiff,

v.

ROSS STORES, INC, a Delaware
corporation; JAINSON'S
INTERNATIONAL, INC., a California
corporation; and DOES 1 through 10,
inclusive,

Defendants.

Case No. 2:17-cv-00374-MWF-FFM

**ORDER RE STIPULATION FOR
DISMISSAL PURSUANT TO FRCP
41(a)(1)(A)(ii)**

*Honorable Michael W. Fitzgerald*

The parties having so stipulated and agreed, the above-referenced case is
hereby dismissed with prejudice and without an award of costs or fees to any party.
Each party shall bear their own costs and attorney fees. IT IS SO ORDERED.

Dated: October 26, 2017

_____
The Honorable Michael W. Fitzgerald
United Stated District Judge

1
ORDER